UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                        In Bankruptcy

**ERIC ANGELO GREENWOOD,**           Case No. 10-50185 mbm
                                           Chapter 7
      Debtor(s).                                Hon. Marci B. McIvor
_____/
**TIMOTHY J. MILLER, TRUSTEE,**
      Plaintiff,
-vs-                                                 Adv. Pro. No. 11-04965
**AUTO OWNERS INSURANCE COMPANY,
KIMBERLY A. GREENWOOD, CHASE HOME
FINANCE LLC and GREEN VALLEY LAWN
& SHRUB CARE, INC.**
      Defendants.
_____/

## _AMENDED_ CERTIFICATE OF SERVICE

RE:     Serving Summons and Complaint on Defendants

     I hereby certify that on the 25th day of March 2011, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will forward such filing to the Office of the United States Trustee and all counsel of record using the ECF system; and
     I hereby certify that an employee of Schneider Miller, P.C., has mailed by United States Postal Service a copy of the Summons and Complaint to the following:

| | |
|---|---|
| Auto Owners Insurance Co.<br>ATTN: Chad Hayne, Pres<br>P.O. Box 488<br>Adrian, MI 49221-0488 | Kimberly A. Greenwood<br>8150 Grossman Road<br>Manchester, MI 48158 |
| Chase Home Finance LLC<br>ATTN: Glenn J. Mouridy, Pres<br>19818 Mack Ave.<br>Grosse Pointe Woods, MI 48236 | Green Valley Lawn & Shrub Care, Inc.<br>ATTN: Eric Greenwood, Pres<br>17850 Tecumseh Road<br>Dundee, MI 48131 |
| Jeffrey H. Bigelman, Esq.<br>20700 Civic Center Drive, Ste 310<br>Southfield, MI 48075<br>Attorney for Debtor | |

BY: Certified First Class Mail

                                                  /s/ Kenneth M. Schneider
                               By:    KENNETH M. SCHNEIDER (P-31963)
                                          Attorney for Trustee/Plaintiff
                                          645 Griswold, Suite 3900
                                          Detroit, MI 48226
                                          (313) 237-0850
                                          kschneider@schneidermiller.com