**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the Matter of:                                              In Bankruptcy

**ERIC ANGELO GREENWOOD,**                          Case No. 10-50185 mbm
                                                              Chapter 7
     Debtor(s).                                   Hon. Marci B. McIvor
_____/
**TIMOTHY J. MILLER, TRUSTEE,**
     Plaintiff,
-vs-                                                         Adv. Pro. No. 11-04965
**AUTO OWNERS INSURANCE COMPANY,**
**KIMBERLY A. GREENWOOD, CHASE HOME**
**FINANCE LLC and GREEN VALLEY LAWN**
**& SHRUB CARE, INC.**
     Defendants.
_____/

**DEFAULT JUDGMENT AGAINST CHASE HOME FINANCE LLC**

Judgment is hereby entered by default against Chase Home Finance LLC.

The relief sought by Plaintiff in Count II is **GRANTED**.

Any claims against or interest of Chase Home finance LLC in the subject insurance proceeds (relating to damages sustained to the property at 17850 Tecumseh Road, Dundee, Michigan) are barred.

Signed on April 15, 2011

```
                    /s/ Marci B. McIvor
               Marci B. McIvor
               United States Bankruptcy Judge
```